UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROMMIE COBB, individually, and as )
child of Dianne Cobb )
)
Plaintiff, )
)
v. ) 4:14-cv-183
)
GEORGIA PORTS AUTHORITY, a State )
Agency, et al., )
)
Defendants. )

## ORDER

Before the Court is a motion to consolidate this case with *Ryan Cobb v. Georgia Ports Authority, et al.*, 4-14-cv-182, which is a case currently before Judge William T. Moore. ECF No. 15. Before consolidation can take place, the case must be transferred.

Therefore, the Court **ORDERS** that this case be transferred to Judge Moore's docket.

This 25 day of November 2014

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA