# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

RYAN COBB, individually, and as )
child of Dianne Cobb, deceased, )
                            )
      Plaintiff,             )
                            )
v.                            )     CASE NO. CV414-182
                            )
GEORGIA PORTS AUTHORITY; CURTIS )
J. FOLZ; JOHN D. TRENT; MARINE )
TERMINALS CORPORATION-EAST, )
d/b/a/ Ports America; )
INTERNATIONAL LONGSHOREMEN'S )
ASSOCIATION LOCAL NUMBER 1414 )
SAVANNAH, GEORGIA; DONGKUK )
INTERNATIONAL, INC.; DUFERCO )
STEEL, INC.; NEW PROCESS STEEL, )
INC; PAN OCEAN SHIPPING CO., )
LTD.; ALLOCEANS SHPPING CO., )
LTD.; JOHN DOE CORPORATION #1; )
JOHN DOE CORPORATION #2; JOHN )
DOE CORPORATION #3; JOHN DOE )
CORPORATION #4; and MARION )
WILLIAMS; )
                            )
      Defendants.         )
_____ )

ROMMIE COBB, as surviving spouse )
of Diane Cobb, deceased, and )
Personal Representative of the )
Estate of Dianne Cobb, )
                            )
      Plaintiff,             )
                            )
v.                            )     CASE NO. CV414-183
                            )
GEORGIA PORTS AUTHORITY; CURTIS )
J. FOLZ; JOHN D. TRENT; MARINE )
TERMINALS CORPORATION-EAST, )
d/b/a/ Ports America; )
INTERNATIONAL LONGSHOREMEN'S )
ASSOCIATION LOCAL NUMBER 1414 )
SAVANNAH, GEORGIA; DONGKUK )

FILED
U.S. DIST. COURT
SAV___
2014 NOV 25 PM 4:43
CLERK
SO. DIST. OF GA.

INTERNATIONAL, INC.; DUFERCO )
STEEL, INC.; NEW PROCESS STEEL, )
INC; PAN OCEAN SHIPPING CO., )
LTD.; ALLOCEANS SHPPING CO., )
LTD.; JOHN DOE CORPORATION #1; )
JOHN DOE CORPORATION #2; JOHN )
DOE CORPORATION #3; JOHN DOE )
CORPORATION #4; and MARION )
WILLIAMS; )
                                )
        Defendants.             )
_____ )

## O R D E R

Before the Court are Defendant International Longshoremen's Association Local Number 1414 Savannah, Georgia's ("ILA") parallel Motions to Consolidate. (CV414-182, Doc. 16; CV414-183, Doc. 15.) Defendant Alloceans Shipping Co., Ltd. ("Alloceans") has joined in Defendant ILA's motions. (CV414-182, Doc. 18; CV414-183, Doc. 16.) The Plaintiffs of both cases agree that consolidation is proper. (CV414-182, Doc. 21; CV414-183, Doc. 19.) No Defendant who has appeared in either case has filed an objection to consolidation.

Pursuant to Federal Rule of Civil Procedure 42, the Court may consolidate multiple actions if they involve common questions of law or fact. Fed. R. Civ. Pro. 42(a)(2). The cases at hand arise from the same nucleus of facts, include the same Defendants, and the parties agree the legal questions presented in both cases are identical. Accordingly, Defendant ILA's Motions to Consolidate (CV414-182, Doc. 16; CV414-183, Doc. 15) are **GRANTED** and the above-styled actions are hereby **CONSOLIDATED**. All further proceedings in this matter shall be

filed in CV414-182. The Clerk of Court is **DIRECTED** to close[1] CV414-183.

SO ORDERED this 25ᵗʰ day of November 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Pending in the now closed case are two motions to remand filed by Plaintiff Rommie Cobb (CV414-183, Doc. 9) and Defendant Georgia Ports Authority (CV414-183, Doc. 13). The parties need not refile such motions, however, as identical motions have already been filed in CV414-182. (CV414-182, Doc. 10; Doc. 14.)