# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA



**JOHN E. TRIPLETT**
CLERK OF COURT

**ELIZABETH N. NELSON**
CHIEF DEPUTY CLERK

## <u>NOTICE TO CLAIM EXHIBITS</u>

<u>In the Matter of:</u>       4:14cv-183, Cobb v. Georgia Ports Authority

<u>Regarding Exhibits:</u>   Defendant,   International Longshoremen's Association

Exhibits remain with the U.S. District Court Clerk's Office.  Please contact Jamie Burrell at James_Burrell@gas.uscourts.gov at the Savannah Division Clerk's Office within ten (10) days of the date of this Notice to arrange for the disposal and/or retrieval of exhibits introduced into evidence in the above-referenced case.

Failure to claim these exhibits within ten (10) days of this Notice will result in disposal by the Clerk in accordance with Local Rule 79.4.

JOHN E. TRIPLETT, CLERK

By: _James R. Burrell_
       Deputy Clerk

Date: August 14, 2026

AUGUSTA FEDERAL COURTHOUSE ◆ 600 JAMES BROWN BLVD, AUGUSTA, GA 30901
FRANK M. SCARLETT FEDERAL BUILDING ◆ 801 GLOUCESTER STREET ◆ BRUNSWICK, GA 31520
J. ROY ROWLAND U.S. COURTHOUSE ◆ 100 NORTH FRANKLIN STREET ◆ DUBLIN, GA 31021
TOMOCHICHI FEDERAL BUILDING AND U.S. COURTHOUSE ◆ 125 BULL STREET ◆ SAVANNAH, GA 31401
WAYCROSS FEDERAL COURTHOUSE ◆ 601 TEBEAU STREET ◆ WAYCROSS, GA 31501
STATESBORO FEDERAL COURTHOUSE ◆ 52 NORTH MAIN STREET ◆ STATESBORO, GA 30458